UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MONICA ELISABETA GATEA, et al.,

    Plaintiffs,                            Case No. 22-cv-11860
                                                Hon. Matthew F. Leitman

v.

DIR., TSC USCIS JOHN M. ALLEN, et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: September 23, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2022, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                      Case Manager
                                                      (313) 234-5126